UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 03-2373

JOSEPH MYERS,
Appellant

v.

MEDICAL CENTER OF DELAWARE, INC.;
FRANCIS MASE, individually and as an agent, servant
or employee of the Medical Center of Delaware, Inc.;
LUCIA BENZONI, individually and as an agent, servant
or employee of the Medical Center of Delaware;
J. A. NEMER, individually and as an agent, servant
or employee of the Medical Center of Delaware, Inc.;
MICHELLE HINSON, individually and in her official capacity as
New Castle County Police Officer;
DOE 1 THROUGH 10, individually and in their official capacities as
New Castle County Police Officers;
DOMENICK GREGORY*; JACK GAHAN*;
MALVERN SLAWTER; JOHN HAUG;
DOCTORS FOR EMERGENCY SERVICES, P.A.;
DR. ANITA H. HODSON

*(Dismissed Pursuant to Clerk order dated 3/16/04)

On Appeal from the United States District Court
for the District of Delaware
D.C. Civil Action No. 97-cv-00461
(Honorable Gregory M. Sleet)

Received and Filed
8/20/04 cmd
Marcia M. Waldron,
Clerk

Submitted Pursuant to Third Circuit LAR 34.1(a)
May 25, 2004

Before: SCIRICA, *Chief Judge*, RENDELL and ALARCÓN*, *Circuit Judges*

**JUDGMENT**

This cause came to be considered on the record from the United States District Court for the District of Delaware and submitted pursuant to Third Circuit LAR 34.1(a) on May 25, 2004. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the orders of the District Court entered January 5, 2000, May 4, 2000, and April 9, 2003, be, and the same are hereby affirmed. Costs taxed against appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

*Kathleen Brown*

Chief Deputy Clerk

DATED: July 29, 2004

---

*The Honorable Arthur L. Alarcón, United States Circuit Judge for the Ninth Judicial Circuit, sitting by designation.

Page 3

Docket No. 03-2373

Certified as a true copy and issued in lieu of a formal mandate on _____ AUG 2 0 2004

Teste: *Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit